## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-2609-GW-JPRx | Date | November 29, 2023 |
|---|---|---|---|
| Title | *Arianna Gonzalez v. Trans Union LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

A Joint Notice of Settlement was filed on November 28, 2023 [26]. The Court hereby vacates all currently set dates, and sets an order to show re: settlement hearing for February 1, 2024 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on January 30, 2024.

:

Initials of Preparer   JG